Present:  Kinser, C.J., Lemons, Goodwyn, Millette, and Mims, JJ., and Russell and Lacy, S.JJ.


SCOTT LOUIS BAKRAN

v.  Record No. 102244

COMMONWEALTH OF VIRGINIA

PER CURIAM
NOVEMBER 4, 2011

FROM THE COURT OF APPEALS OF VIRGINIA

We granted the petition for appeal in this case to consider whether the Court of Appeals erred in affirming Scott Louis Bakran's conviction of using a vehicle to promote prostitution in violation of Code § 18.2-349.  We have considered the issue and for the reasons stated in the opinion of the Court of Appeals, Bakran v. Commonwealth, 57 Va. App. 197, 700 S.E.2d 471 (2010), we will affirm its judgment.

Affirmed.